AO 442 (Rev. 11/11) Arrest Warrant

 UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-cr-20314 |
| Robert Herman Hartheimer | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Robert Herman Hartheimer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2251(a) - Attempted production of child pornography
18 USC 1470 - Transfer of obscene material to a minor

Date: October 22, 2025

*Annie T. Christoff*
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

City and state:   Memphis, TN           Hon. Annie T. Christoff, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/25, and the person was arrested on *(date)* 10/23/25
at *(city and state)*

Date: 10/23/25

*[signature]*
Arresting officer's signature

Cody Graham   Special Agent
*Printed name and title*