## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

---

**UNITED STATES OF AMERICA**

**v.**                                             **Case # 2:25r20314 SHL**

**ROBERT HARTHEIMER**

---

### MOTION TO CONTINUE SENTENCING HEARING

---

Comes now Blake D. Ballin, Attorney for Robert Hartheimer, who moves this Honorable Court to continue the sentencing hearing set in this matter and in support would show as follows:

That on March 27, 2026, the defendant filed a motion to continue the sentencing hearing in this matter. That motion specifically asked for the hearing to be reset until April 15, 2026. That request was granted by the court.

That since the filing of that motion there has been a change in circumstances. Due to these unforeseen circumstances, as well as previously scheduled events that cannot be rescheduled, members of Mr. Hartheimer's immediate family are unavailable to attend a sentencing hearing between the date of the filing of this motion and June 1, 2026.  It is possible that the defendant will call one or more of these family members as a witness to address the court regarding the sentencing factors in 18 U.S.C. 3353.

That due to the unavailability of these family members, who are also potential witnesses at the sentencing hearing, the defendant respectfully requests that the sentencing hearing be reset.  June 1, 2026, is the first date that all those necessary for the sentencing hearing will be available.

That AUSA Lauren Delery has no objection to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the sentencing hearing be continued for the reasons stated herein above.

Respectfully Submitted,

/s/Blake D. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278

/s/Cathy Fleming, Esq.
FLEMING RUVOLDT, PLLC
779 Closter Dock Road
Closter, NJ 07624
(201)615-4421

Attorneys for Defendant

CERTIFICATE OF CONSULTATION

I, Blake D, Ballin, Attorney for Defendant Robert Hartheimer, hereby certify that I have consulted with AUSA Lauren Delery and she has no objection to the request made herein.

/s/Blake D. Ballin, Esq.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Sheryl H. Lipman, Lauren Delery, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 2nd day of April, 2026.

/s/Blake D. Ballin, Esq.