## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

**UNITED STATES OF AMERICA**

**v.**                                    **Case # 2:25r20314 SHL**

**ROBERT HARTHEIMER**

## DEFENDANT'S MOTION TO STRIKE PREVIOUSLY FILED SENTENCING MEMORANDUM

Comes now Blake D. Ballin and Cathy Fleming (admitted *pro hac vice*), Attorneys for Robert Hartheimer, who file this Motion to Strike Previously Filed Sentencing Memorandum, ECF 42.

After filing the Sentencing Memorandum in this matter, counsel for the Defendant determined that it contained information that is extraneous to the issues before the Court.  In order to avoid confusion and to maintain focus on the statutory sentencing factors, counsel for the defendant respectfully requests that the Sentencing Memorandum at ECF 42 be stricken from the record.  In its place, an amended Sentencing Memorandum will be filed that more appropriately addresses the factors set out in 18 U.S.C.§ 3553(a).

The changes in this Amended Sentencing Memorandum are not substantial but are necessary to a fair determination in this matter.  This request will not prejudice the Government or the sentencing process.  Instead, it will better assist the Court in determining an appropriate sentence.

Counsel for the defendant has consulted with Assistant United states Attorney, Lauren Delery, and she has no objection to this motion.

Respectfully Submitted,

/s/Blake D. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278

/s/Cathy Fleming, Esq.
FLEMING RUVOLDT, PLLC (pro hac vice)
779 Closter Dock Road
Closter, NJ 07624
(201)615-4421

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Sheryl H. Lipman, Lauren Delery, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 1st day of June, 2026.

/s/Blake D. Ballin, Esq.